UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA F. PADILLA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No. 1:19-CV-00776 (EPG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO FILE OPENING BRIEF**<br><br>**(ECF No. 15)** |

The Court has before it Plaintiff's motion seeking a second extension of time to file her opening brief (ECF No. 15). Plaintiff represents in the motion that she has contacted Defendant's counsel and that Defendant does not object to the requested extension of time. The Court finds good cause for and accordingly grants the requested extension of time.

IT IS ORDERED that Plaintiff shall file her opening brief on or before **April 13, 2020**. All subsequent deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**March 23, 2020**__     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE